**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7733

ERROL DOUGLASS FULFORD-EL,

Plaintiff - Appellant,

versus

K. ARNOLD, Captain, North Branch Correctional
Institution; WESTERN CORRECTIONAL INSTITUTION,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William D. Quarles, Jr., District Judge.
(1:06-cv-01095-WDQ)

Submitted:  February 22, 2007        Decided:  March 2, 2007

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Errol Douglass Fulford-El, Appellant Pro Se.  Rex Schultz Gordon,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Errol Fulford-El appeals the district court's order denying relief on his civil complaint in which he sought injunctive relief. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Fulford-El v. Arnold, No. 1:06-cv-01095-WDQ (D. Md. Sept. 30, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED